UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WENDELL ISHMON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Cause No. 4:11CV00652 RWS |
| v. | ) |
| | ) |
| ST. LOUIS BOARD OF POLICE | ) |
| COMMISSIONERS, et al., | ) |
| | ) |
| Defendants. | ) |

**MOTION OF ST. LOUIS BOARD OF POLICE COMMISSIONERS FOR EXTENSION OF TIME TO FILE ANSWER**

Come now Defendants, St. Louis Board of Police Commissioners and its individual members[1], and move for an extension of time to file their Answer or other responsive pleadings to Plaintiffs' Complaint, and in support thereof state as follows:

1. This suit was originally filed in Missouri State Court, Twenty-Second Judicial Circuit against the St. Louis Board of Police Commissioners; permissive intervention was made by Intervenor John Chasnoff, and Intervenor purported to remove the case to this Court, although Intervenor did not obtain the consent of Defendants to removal.

2. Due to the press of other business, Defendants' counsel has not had sufficient time to prepare responsive pleadings on behalf of Defendants.

3. Defendants' counsel has conferred with Plaintiffs' attorney regarding this Motion, and Plaintiffs' attorney has consented to Defendants being granted additional time to file a responsive pleading.

4. Said Motion is not interposed for purposes of vexation or delay.

---

[1] Bettye Battle-Turner, Richard H. Gray, Michael L. Gerdine, Jerome D. Lee, and Mayor Francis G. Slay.

WHEREFORE, Defendants St. Louis Board of Police Commissioners and its individual members pray for an extension of time, up to and including **May 23, 2011**, within which to file their Answer or other responsive pleadings to Plaintiffs' Complaint.

          ST. LOUIS BOARD OF
          POLICE COMMISSIONERS

/s/ *Mark Lawson*

Mark Lawson  #33337MO
General Counsel
Attorney for Defendants
1200 Clark Ave., Room 609
St. Louis, MO  63103
Phone: (314) 444-5609 Fax: (314) 444-5611

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed electronically with the Clerk of the Court on May 16, 2011, to be served by operation of the Court's electronic filing system upon all attorneys of record.

/s/ *Mark Lawson*